UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60124-CR-ZLOCH

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS FIORE,

Defendant.
_______________________________/

STIPULATED STATEMENT OF FACTS

The United States of America and NICHOLAS FIORE enter into the following stipulated statement of facts in support of the defendant's plea of guilty:

Had this case proceeded to trial, the government would have proven that the defendant agreed to participate, and did in fact participate, in criminal activities with a group of individuals associated in fact as a criminal Enterprise. This Enterprise was affiliated with the Bonanno Organized Crime Family through Bonanno associate THOMAS FIORE. The members of the Enterprise based their criminal activities in Palm Beach and Broward Counties. The Enterprise consisted of a hierarchical structure and maintained such form separate from its criminal activity. The pattern of racketeering activity that the defendant agreed would be committed by members of the criminal enterprise in the conduct of the affairs of the enterprise included the criminal activities set forth below.

The government would present evidence including court authorized wire interceptions, consensual recordings, the testimony of an undercover FBI agent and a cooperating witness,

surveillance photos and evidence seized pursuant to a search warrant, among other evidence. Such government evidence would prove the following beyond a reasonable doubt:

Defendant NICHOLAS FIORE, was a non-member associate of Defendant THOMAS FIORE's crew. Defendant NICHOLAS FIORE conspired with other Enterprise members to illegally acquire large quantities of consumer goods purportedly stolen from outside the State of Florida including plasma televisions and contraband cigarettes. Defendant NICHOLAS FIORE agreed to commit acts of violence in exchange for a monetary payment, in that a third party had solicited members of the Enterprise to assault an individual in return for a $3,000 payment. The defendant agreed to participate in such an assault and traveled with other members of the Enterprise to meet and discuss the plan. Defendant NICHOLAS FIORE engaged in acts of obstruction and fraud in order to facilitate the fraudulent acquisition of insurance proceeds derived from the commission of arson. Defendant NICHOLAS FIORE conspired with Enterprise members to solicit individuals to falsely allege ownership of Defendant THOMAS FIORE's firearm and to dispose of incriminating evidence, that is: a computer, in order to obstruct a pending Federal investigation and a criminal case filed against Defendant THOMAS FIORE in a Florida State court.

The government would prove that the activities of the Enterprise affected interstate commerce through, among other acts, the bank fraud activity which affected financial institutions engaged in interstate commerce.

The criminal activities of the Enterprise were committed in the Southern District of Florida.

The undersigned hereby stipulate and agree that the aforesaid facts are true and correct and that they encompass all of the necessary elements to establish the guilt of the defendant to the charge of Conspiracy to Violate the RICO Act, in violation of Title 18, United States Code, Section 1962(d).

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

Date: 10/28/09

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

Date: 10/28/09

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

Date: 10-28-09

JEFFREY D. WEINKLE
ATTORNEY FOR DEFENDANT

Date: 10-28-09

NICHOLAS FIORE
DEFENDANT