UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60341-CIV-ZLOCH
CASE No. 09-60124-CR-ZLOCH

THOMAS FIORE,

    Movant,

vs.                             **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge Recommending That Motion Be Granted Following An Evidentiary Hearing (DE 19) filed herein by United States Magistrate Judge Patrick A. White.  No Objections to said Report have been filed. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge Recommending That Motion Be Granted Following An Evidentiary Hearing (DE 19) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

    2. Movant Thomas Fiore's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence (DE 1) be and the same is hereby **GRANTED consistent with the terms of Magistrate Judge**

**White's Report;**

3. To the extent not otherwise disposed of herein, all pending Motions be and the same are hereby **DENIED** as moot; and

4. Re-sentencing will be reset by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12th___ day of January, 2012.

                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

All Counsel of Record